UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNTIED STATES OF AMERICA,

v.                                                CASE NO: 8:05-CR-131-T-30MSS

RONALD ALAN LUPI
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion requesting Letter of Rogatory (Dkt. #15) and Affidavit (Dkt. #16) in support of same. Defendant has filed this motion and affidavit *pro se* despite the fact that Defendant is represented by counsel. Local Rule 2.03(d) (M.D. Fla.) provides that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court." Defendant did not seek leave of this Court prior to filing this motion and affidavit *pro se*. The Court finds, therefore, that Defendant is in violation of Local Rule 2.03 (M.D. Fla.).

Accordingly, it is **ORDERED** that the Clerk of Court shall **STRIKE** Defendant's *pro se* motion (Dkt. #15) and affidavit (Dkt. #16) and return the documents to Defendant, along with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on May 6, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Defendant