**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                       CASE NO: 8:05-CR-131-T-30MSS

RONALD ALAN LUPI
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Defendant's Unopposed Motion to Determine Competency (Dkt. #27).  The Court hereby refers the Motion to Magistrate Judge Mary Scriven for disposition of same.  The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on July 26, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Mary Scriven
Counsel/Parties of Record

S:\PDF TEMP FILE\05-cr-131.Mag referral.wpd