**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.                                                                         Case No. 8:05-CR-131-T-30MSS

RONALD ALAN LUPI

_____/

**O R D E R**

THIS CAUSE comes before the Court upon Defendant's Letter Rogatory (Dkt. #38). Defendant has filed this document *pro se* despite the fact that Defendant is represented by court-appointed counsel. Local Rule 2.03(d) (M.D. Fla.) provides, in pertinent part, that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court." Defendant failed to seek leave of the Court prior to filing this document *pro se*. The Court finds, therefore, that Defendant is in violation of Local Rule 2.03 (M.D. Fla.).

ACCORDINGLY, the Court **ORDERS** that the Clerk shall **STRIKE** Defendant's *pro se* filing (Dkt. #38), and return the document to Defendant, along with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cr-131.strike dkt 38.wpd