UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:05-cr-131-T-30MSS

RONALD ALAN LUPI
_____

## ORDER

This cause came on for consideration upon the filing of Government's Motion for In-Custody Competency Examination (Dkt. 41). On August 2, 2005, the Undersigned appointed Dr. Gamache to conduct a competency evaluation of Defendant. (Dkt. 32). The Government filed its Motion for In-Custody Examination after Defendant failed to submit to the original examination ordered by this Court.

The Undersigned, upon consideration and having found reason to believe that Defendant will cooperate in submitting to a psychological/ neurological examination without being placed in custody, **ORDERS** that:

1. Dr. Michael P. Gamache, 13902 N. Dale Mabry, Ste. 101, Tampa, Florida 33618, an expert in the field of psychiatry, is appointed to conduct a <u>competency evaluation</u> of Defendant in order to determine his present competency to proceed in this case, which shall include the Defendant's ability to understand the nature and consequences of the proceedings against him and to aid in his defense. In making his determination, Dr. Gamache shall include in his report the following items:

    (A)    the Defendant's history and present symptoms;

    (B)    a description of the psychiatric, psychological, neurological and medical tests that

were employed and their results;

(c)    his findings;

(D)    his opinions as to diagnosis, prognosis; and

(E)    whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (E), Dr. Gamache shall answer the following additional questions:

(1)    Does the Defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?

(2)    Does the Defendant have a rational, as well as a factual understanding of the proceedings against him?

2.    Counsel for Defendant shall furnish to Dr. Gamache any information pertinent to these issues, including any pertinent medical reports.

3.    Upon completion of this examination Dr. Gamache shall prepare a written report which includes the answers to the above questions and furnish it to the Honorable Mary S. Scriven, United States Magistrate Judge, Suite 1034, Sam Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida, 33602, with copies to Frank Zaremba, Counsel for Defendant, 400 North Tampa Street, Suite 2700, Tampa, Florida 33602, and United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

4. The United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

Government's Motion for In-Custody Competency Examination (Dkt. 41) is **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Tampa, Florida on this 17th day of October, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Ronald Alan Lupi