# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No.  8:05-cr-131-T-30MSS

**RONALD ALAN LUPI**

_____

## ORDER

In this action, Defendant Ronald Alan Lupi has filed a "Judicial Notice" (Dkt. #60) and a "Notice of Surrender" (Dkt. #61).  Upon review, the documents are found to be inappropriate for filing.  Pursuant to Local Rule 2.03(d), any party for whom appearance of counsel has been made may not file a document or take any step in the case in proper person absent prior leave of Court.  Defendant failed to seek leave of Court prior to filing these documents *pro se*.

Accordingly, the Clerk is hereby directed to STRIKE the filings (Dkts. #60, #61) and return the referenced documents to Defendant along with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2005.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cr-131.strike order.frm