# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:05-cr-131-T-30MSS

**RONALD ALAN LUPI**

_____

## ORDER

In this action, Defendant Ronald Alan Lupi has filed a "Notice of Void Order" (Dkt. #65). Upon review, the document is found to be inappropriate for filing. Pursuant to Local Rule 2.03(d), any party for whom appearance of counsel has been made may not file a document or take any step in the case in proper person absent prior leave of Court. Defendant failed to seek leave of Court prior to filing this document *pro se*.

Accordingly, the Clerk is hereby directed to STRIKE the filing (Dkt. #65) and return the referenced document to Defendant along with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Ronald Alan Lupi, P.O. Box 631, Brooksville, FL 34605

F:\Docs\2005\05-cr-131.strike order.frm