**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No: 8:05-CR-131-T-30MSS

RONALD ALAN LUPI
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mary S. Scriven (Dkt. #140) and the Defendant's Objections (Dkt. #144) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.   The Report and Recommendation (Dkt. #140) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.   The Defendant's Objections (Dkt. #144) are overruled.

3.   The Defendant is presently competent to stand trial. He understands the nature of the charges against him and can assist in the defense of his case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

F:\Docs\2005\05-cr-131.adopt rr 140.wpd