**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNTIED STATES OF AMERICA,

v.                                                                                          CASE NO:  8:05-cr-131-T-30MSS

RONALD ALAN LUPI
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's pleading entitled "Petition for Writ of Habeas Corpus".  It is unclear whether Defendant intends for this motion to be considered pursuant to 28 U.S.C. §2255.  A Defendant may only file one motion under §2255 without permission of the Eleventh Circuit.  It is therefore important to include all grounds Defendant may have in the first motion.

If Defendant intends the motion to considered under §2255, he may re-file the motion within the time permitted by the statute using the appropriate form.  If Defendant intends the motion to be considered under some authority other than §2255, he shall clearly identify such authority in his motion.

The Clerk of the Court shall **STRIKE** Defendant's *pro se* pleading [Dkt. 176] and remove the scanned image from the docket.  The Clerk is directed to forward to Defendant the appropriate form for filing a motion under 28 U.S.C. §2255.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Defendant

S:\Odd\2005\05-cr-131.order to strike petition.wpd